UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANNA CARDILLO, LISA CHIANGO, STEPHEN R. COHEN, PAUL DELVECCHIO, LYNN DELVECCHIO, DUNCAN K. JOHNSON, TONY J. PROCTOR, *And others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> TOWN SPORTS INTERNATIONAL, LLC and TOWN SPORTS INTERNATIONAL HOLDINGS, INC. d/b/a BOSTON SPORTS CLUBS <br><br> Defendants. | Civil Acton No. 1:20-cv-10666-MLW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismissal of this matter with prejudice, waiving all rights of appeal, with each party bearing its respective fees, costs, and expenses.

Respectfully submitted,

TOWN SPORTS INTERNATIONAL, LLC AND
TOWN SPORTS INTERNATIONAL HOLDINGS, INC.,
D/B/A BOSTON SPORTS CLUBS,

By its attorneys,

*/s/ Stephen J. Orlando*
_____
Jesse J. Blyth, Esq., BBO # 704769
Stephen J. Orlando, Esq. BBO #687670
GORDON REES, SCULLY MANSUKHANI, LLP
21 Custom House Street, 5th Floor
Boston, MA  02110
(857) 504-2021
jblyth@grsm.com
sorlando@grsm.com

Respectfully submitted,

THE PLAINTIFFS & THE PLAINTIFF CLASS,

By their attorneys,

*/s/ Michael Stefanilo, Jr.*
_____
Leonard H. Kesten, BBO #542042
Samuel Perkins, BBO #542396
Michael Stefanilo, Jr., BBO #684500
BRODY HARDOON PERKINS & KESTEN
699 Boylston Street, 12th Floor
Boston, MA  02116
(617)880-7100
lkesten@bhpklaw.com
sperkins@bhpklaw.com
mstefanilo@bhpklaw.com

DATED: October 25, 2022

## **CERTIFICATE OF SERVICE**

      I, Debra A. Hession, hereby certify that on this 25th day of October, 2022, I electronically filed the foregoing document and served it upon counsel of record for all parties that have appeared in this action through the Court's electronic filing system.

                                      */s/ Debra A. Hession*
                                      Debra A. Hession